## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nathaniel Patrick Azure, | ) | Case No. 3:22-mj-375 |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-captioned action on July 11, 2022. The United States moved to detain defendant and requested a detention hearing. Defendant requested in open court that the detention hearing be continued until the week of July 18, 2022, to afford him additional time to consult with counsel and to otherwise review his options.

Title 18 of the United States Code, Section 3142(f) provides in relevant part the following with respect to the timing of detention hearings:

> The [detention] hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the Government, seeks a continuance. Except for good cause, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday, or legal holiday), and a continuance on motion of the attorney for the Government may not exceed three days (not including any intermediate Saturday, Sunday, or legal holiday).

18 U.S.C. 3142(f)(2)(B).

For the reasons articulated on the record, the court finds that there is good cause to continue the detention hearing as requested by defendant. Accordingly, the court **GRANTS** defendant's request. Defendant's detention hearing shall be continued until July 21, 2022, at 11:30 AM. Defendant's preliminary hearing shall be scheduled for the same date and time. The court shal

conduct defendant's detention and preliminary hearings from Fargo Courtroom #2. Defendant shall be appearing via video from the courtroom in Grand Forks. Pending these hearings, defendant shall be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring defendant to the hearing and the time, date and place set forth above.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court